1
2
3
4
5
6
7
8
9     UNITED STATES DISTRICT COURT
10   CENTRAL DISTRICT OF CALIFORNIA-WESTERN  DIVISION
11
12
13
14
15 ROBERTO RAFAEL SANDOVAL,   ) CV 10-02201-CBM (SH)
16             ) JUDGMENT
         Petitioner,   )
17   v.             )
18 TIM J. OCHOA, Warden,     )
19         Respondent.   )
                 )
20
     Pursuant to the Order of the Court adopting the conclusions and
21
recommendations of the United States Magistrate Judge,
22
     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed
23
with prejudice.
24
DATED: _10/18/2010_
25
26                               
                CONSUELO B. MARSHALL
27              UNITED STATES DISTRICT JUDGE
28